193544 Keshinover v. New York State Office of Parks